No. 11–9671. BABIKER v. CITY OF NEW ORLEANS, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9673. BRANDON v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 11–9674. HOOPER v. WORKMAN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 11–9675. JOHNSON v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–9708. CHANDE v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–9716. JOE v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 11–9717. COLLIER v. MCVEY, CHAIRWOMAN, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9721. TRZECIAK v. STATE FARM FIRE & CASUALTY CO. C. A. 7th Cir. Certiorari denied.

No. 11–9742. ALEXANDER v. HOLDER, ATTORNEY GENERAL. C. A. 3d Cir. Certiorari denied.

No. 11–9784. QUINTERO v. CHANDLER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–9805. WALKER v. NUNN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–9842. KILGORE v. WALKER, ACTING WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9869. BOYER v. PREMO, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 11–9890. PARKER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.